IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KARIE JOE WALKER                                                                PLAINTIFF

v.                          3:15-cv-173-DPM-JTR

CAMERIN DORTCH;
BILLY WITWORTH; and
GREENE COUNTY DETENTION CENTER                              DEFENDANTS

ORDER

Walker hasn't filed a prison calculation sheet, and the time to do so has passed. № 3. This case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 August 2015