IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KARIE JOE WALKER                                                               PLAINTIFF

v.                              3:15-cv-173-DPM

CAMERIN DORTCH;
BILLY WITWORTH; and
GREENE COUNTY DETENTION CENTER                              DEFENDANTS

JUDGMENT

Walker's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 August 2015